UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAME SURPRIS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>WHITE PLAINS POLICE DEPARTMENT;<br>LILLIAN PRYATT-CASTRO,<br><br>                    Defendants. | 21-CV-7546 (LTS)<br><br>CIVIL JUDGMENT |

By order issued November 29, 2021, the Court dismissed this action but granted Plaintiff thirty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint. Pursuant to the order issued November 29, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 20, 2022
             New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge